**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **LESEAN ROBERTS,** | ) | **CASE NO. 1:06 CR 416** |
| | ) | **1:10 CV 2407** |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |

This matter is before the Court on Petitioner, LeSean Roberts' Motion to Expand the Record with Newly Acquired Exhibits in Support of Petitioner's Motion to Vacate, Set Aside or Correct Sentence. (Docket #167.) An expansion of the record pursuant to Rule 7 of the Rules Governing Section 2255 is typically ordered by the district court when it is need of further clarification of a material issue. The Court has reviewed the documents of record, in conjunction with Petitioner's Motion to Expand the Record, and finds no basis for ordering an expansion of the record in this case. Accordingly, Petitioner's Motion to Expand the Record (Docket #167) is DENIED.

IT IS SO ORDERED.

                                                                 s/Donald C. Nugent
                                                                  DONALD C. NUGENT
                                                                  United States District Judge

DATED: April 26, 2011