# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**AFTER CONSIDERING THE APPLICATIONS** for executive clemency of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **February 24, 2017**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Edward Lionel Blake** | Reg. No. 79357-079 |
| **Shane Derek Brown** | Reg. No. 38950-004 |
| **Mark Lamont Byrd** | Reg. No. 32715-044 |
| **David Carroll** | Reg. No. 40464-083 |
| **Derrick Dante Clark** | Reg. No. 26586-018 |
| **Ignatizo Giuliano** | Reg. No. 41486-133 |
| **Stephen Runea Glenn** | Reg. No. 56537-179 |
| **Ishon D. Hardin** | Reg. No. 17701-074 |
| **Olynthia Louise Hinton** | Reg. No. 12448-171 |
| **William D. Hoopingarner** | Reg. No. 03496-028 |
| **Donnie Keith Howell** | Reg. No. 15362-056 |
| **Andre M. Huggins** | Reg. No. 04734-015 |
| **Virgilio Jimenez,** aka Virgilo Jimenez, aka Moises Reyes, | Reg. No. 05631-070 |
| **Alphonso Johnson** | Reg. No. 23455-018 |
| **Jaleel Abdul Lafi, III** | Reg. No. 14847-026 |
| **Alberto Lopez,** aka Albert Lopez | Reg. No. 20477-038 |
| **Rico Mayo** | Reg. No. 09343-097 |
| **James A. McKines** | Reg. No. 05347-045 |
| **Jose Flores Molina** | Reg. No. 10104-023 |
| **Ernest Moore, Jr.** | Reg. No. 11466-002 |
| **Rasheed Jamal Olds,** aka James Walton | Reg. No. 06803-031 |
| **Robert O'Neal** | Reg. No. 55965-004 |
| **Bobby Clarence Perry** | Reg. No. 08103-058 |
| **Reisa Lynn Pettiette** | Reg. No. 09677-078 |
| **Charles McKinley Russell, Jr.** | Reg. No. 01530-016 |
| **Ronnie Dean Shelton** | Reg. No. 13254-084 |
| **Leon Smallwood** | Reg. No. 03974-025 |
| **Tyrone Lamont Smith** | Reg. No. 05090-084 |
| **Jeffery James Terrell** | Reg. No. 21567-001 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **210 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Damon Brightman** | Reg. No. 10147-171 |
| **Robert Sedillo Gutierrez** | Reg. No. 13891-051 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **240 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Antonio Hood** | Reg. No. 10043-171 |
| **LeSean Roberts** | Reg. No. 30825-160 |
| **Damian Roman Steplight** | Reg. No. 45044-083 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **300 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Mervin Spencer** | Reg. No. 28914-034 |
| **Daryl Wilkes** | Reg. No. 55522-083 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **360 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Miguel Garcia,** aka Michael Garcia | Reg. No. 09159-059 |
| **Stephen Joseph Graham** | Reg. No. 51752-019 |
| **Tony Orlando Hughes** | Reg. No. 55764-083 |
| **David Neighbors** | Reg. No. 08667-028 |
| **Edwin Reginald Straughter** | Reg. No. 51330-004 |

I hereby further commute the total sentence of imprisonment imposed upon **Marvin D. Anthony, Sr.**, Reg. No. 06749-010, to a term of 262 months' imprisonment, leaving intact and in effect the six-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Darnell C. Billings**, Reg. No. 18087-424, to a term of **188 months' imprisonment**, leaving intact and in effect all other components of the sentence. I also direct the Bureau of Prisons to place the said **Darnell C. Billings**, Reg. No. 18087-424 on prerelease custody during the final year of his imprisonment.

I hereby further commute the total sentence of imprisonment imposed upon **Israel John Patrick Davis**, Reg. No. 16977-064, to expire on **October 27, 2017**. I leave intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Ferlandis Urben Herod**, Reg. No. 13302-076, to a term of **264 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Gerald Jerome Johnson, aka Jerry Johnson**, Reg. No. 05225-059, to a term of **300 months' imprisonment**, leaving intact all other components of the sentence. I also direct the Bureau of Prisons to place the said **Gerald Jerome Johnson, aka Jerry Johnson**, Reg. No. 05225-059, on prerelease custody during the final year of his imprisonment.

I hereby further commute the total sentence of imprisonment imposed upon **Charles Jermaine Keitt**, Reg. No. 15523-171, to a term of **151 months' imprisonment**, leaving intact and in effect the eight-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **John Lockett**, Reg. No. 75159-079, to expire on **February 24, 2017**. I also remit the unpaid balance of the $5,000 fine imposed by the court. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Francisco Navarro**, Reg. No. 02613-298, to a term of **168 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Michael Howard Motes**, Reg. No. 48156-019, to a term of **360 months' imprisonment**. I also remit the unpaid balance of the $10,000 fine imposed by the court. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Larry Anthony Nesby**, Reg. No. 05328-025, to a term of **360 months' imprisonment**. I leave intact and in effect all other components of the sentence. I also direct the Bureau of Prisons to place the said **Larry Anthony Nesby**, Reg. No. 05328-025, on prerelease custody during the final year of his imprisonment.

I hereby further commute the total sentence of imprisonment imposed upon **Harold Eugene Patton**, Reg. No. 21976-058, to a term of **235 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Michael Anthony Smith**, Reg. No. 02702-084, to expire on **November 26, 2016**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Terrence Tyron Smith**, Reg. No. 10744-032, to a term of **172 months' imprisonment**. I leave intact and in effect the eight-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Hayzen Turner, Jr.**, Reg. No. 26440-001, to a term of **180 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Kevin Washington**, Reg. No. 08821-033, to expire on **May 1, 2017**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this Twenty-seventh day of October in the year of our Lord Two thousand and sixteen and of the Independence of the United States the two hundred and forty-first.*

**BARACK OBAMA**
**President**