**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.    1:06 CR 416 |
|  | ) |  |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| LESEAN ROBERTS, | ) | MEMORANDUM OPINION |
|  | ) | AND ORDER |
| Defendant. | ) |  |

This matter comes before the Court on remand from the Sixth Circuit Court of Appeals. (ECF #247, 248).   Defendant, LeSean Roberts, appealed this Court's denial of his motion to terminate supervised release.  (ECF #242, 243).   The Court of Appeals remanded the case back to this Court because the original order did not explicitly communicate that the Court had considered the relevant §3553(a) factors when it denied Mr. Roberts' motion.

In March of 2007, Defendant, LeSean Roberts was convicted by a jury of one count of distributing 50 grams of cocaine base (crack) in violation of 21 U.S.C. §841(a)(1), (b)(1)(A)(iii), and 18 U.S.C. §2; and, one count of possessing with intent to distribute approximately 20 grams of cocaine base (crack), and approximately 196 grams of cocaine hydrochloride (powder cocaine) in violation of 21 U.S.C. §841(a)(1), (b)(1)(B)(iii).  (ECF #82).  Because of Mr. Roberts' prior criminal conduct, Count One was subject to a mandatory minimum sentence of life in prison. Count Two had a statutory penalty of ten years to life.  21 U.S.C. §841 (b)(1)(A) & 851 (2006).

The Court sentenced Mr. Roberts to life imprisonment on Count One and to ten years on Count Two, to run concurrently, with a ten year term of supervised release to follow.

In October of 2016, Mr. Roberts received an executive grant of clemency, lowering his sentence to a term of 240 months imprisonment. The commutation left intact the ten year term of supervised release, along with all other conditions and components imposed by the Court. (ECF #200). In September of 2021, the Court granted Mr. Roberts' second motion to reduce his sentence under the First Step Act, finding that he should not have been classified as a career offender at his original sentencing. (ECF #233). In granting this motion, the Court found that Mr. Roberts' correct guideline range should have been 120-150 months, and he had already served more than the high end of the guideline. Taking into account all of the §3553 factors, including those considered at his original sentencing, his record of good behavior, and rehabilitative efforts, the Court reduced his sentence to time served, and reduced his period of supervised release from ten years to eight years.

Mr. Roberts had been on supervised release for less than two years when he first requested, and was denied early termination. (ECF #236, 238). He has now been on supervised release for over four and a half years, just over half of his term of supervision. Mr. Roberts has demonstrated good compliance with the terms of his supervision, and should be applauded for his apparent efforts at remaining employed and drug free. Despite his positive efforts during re-entry, there are, however, several §3553(a) factors weighing against Mr. Roberts' request. Although he was not properly classified as a career offender, Mr. Roberts had a long history of criminal activity prior to his conviction in this case, making him a criminal history VI for sentencing purposes. Considering all of the §3553(a) factors, including the length and type of

2

his prior criminal history, the nature and circumstances of the instant offense, the serious harm caused to the community from drug trafficking offenses, and need to avoid unwarranted sentencing disparities, Mr. Roberts rehabilitative efforts do not justify reducing his period of supervision by nearly half.  Supervision continues to be  necessary to provide the structure and resources necessary to ensure his continued compliance and to provide him the support necessary to fully solidify his transition into society.

    For these reasons, Mr. Roberts' Motion to Terminate Supervision is DENIED.

_____
DONALD C. NUGENT
United States District Judge

DATED:_____

3